UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| AWEI HAJI OSMAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALBERTO GONZALES, et al,<br><br>                    Defendant. | C07-426 TSZ<br><br>**MINUTE ORDER**<br><br>**REASSIGNING CASE** |

    Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Thomas S. Zilly, United States District Judge.

    All future documents filed in this case must bear the cause number C07-426 TSZ and bear the Judge's name in the upper right hand corner of the document.

Dated this 7th day of May, 2007

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
       Peter H. Voelker, Deputy Clerk